# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

---

No. 18-12061-JJ

---

SURESHBHAI PATEL,

Plaintiff - Appellee,

versus

CITY OF MADISON, ALABAMA,
ERIC PARKER,

Defendants - Appellants.

---------------------------

On Appeal from the United States District Court for the
Northern District of Alabama

---------------------------

BEFORE: ROSENBAUM, BRANCH, and HIGGINBOTHAM,* Circuit Judges.

BY THE COURT:

Appellee's motion to transfer consideration of the matter of his entitlement to appellate

attorney's fees and the reasonable amount of appellate attorney's fees, if any, of to be awarded, is

GRANTED. See 11th Cir. R. 39-2(d).

---

*Honorable Patrick E. Higginbotham, United States Circuit Judge for the Fifth Circuit,
sitting by designation.